101 F.3d 107
 NOTICE: THIS SUMMARY ORDER MAY NOT BE CITED AS PRECEDENTIAL AUTHORITY, BUT MAY BE CALLED TO THE ATTENTION OF THE COURT IN A SUBSEQUENT STAGE OF THIS CASE, IN A RELATED CASE, OR IN ANY CASE FOR PURPOSES OF COLLATERAL ESTOPPEL OR RES JUDICATA. SEE SECOND CIRCUIT RULE 0.23.
Johnny OYOLA, Petitioner-Appellant,
v.
UNITED STATES of America, Respondent-Appellee.
 No. 95-2575.
 United States Court of Appeals, Second Circuit.
 March 8, 1996.
 
 Appearing for Appellant: Johnny Oyola, pro se, Fort Dix, NJ.
 Appearing for Appellee: Peter A. Norling, Assistant United States Attorney, Eastern District of New York, Brooklyn, NY.
 E.D.N.Y.
 AFFIRMED.
 Present: GRAAFEILAND, MESKILL, WINTER, Circuit Judges.
 
 
 1
 Johnny Oyola, pro se, appeals from Judge Nickerson's order denying Oyola's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2255. We affirm for substantially the reasons stated by the district court. See Oyola v. United States, No. 95-0095, 1995 WL 520017 (E.D.N.Y. Aug. 15, 1995).